**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Roger BENSON, Defendant—Appellant.**

**No. 09–30166.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 26, 2010.

Thomas John Hanlon, Assistant U.S., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Rebecca Louise Pennell, Esquire, Assistant Federal Public Defender, Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Roger Benson appeals from the 33–month sentence imposed following his guilty-plea conviction for escape from custody, in violation of 18 U.S.C. § 751. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Benson contends that the district court plainly erred when it failed to give him credit for the time served on an undis-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

charged concurrent state sentence, under U.S.S.G. § 5G1.3(b)(1).

Benson's contention lacks merit because the state sentence did not result from "relevant conduct," *see* U.S.S.G § 1B1.3, and was not used to increase Benson's base offense level. *Cf. United States v. Armstead,* 552 F.3d 769, 783–84 (9th Cir.2008).

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.